*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    August 13, 2015                    105684
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                    MEMORANDUM AND ORDER

BRANDON JIMENEZ,
                        Appellant.
_____

Calendar Date:    June 8, 2015

Before:    Lahtinen, J.P., McCarthy, Egan Jr. and Rose, JJ.

_____

        Kevin J. Bauer, Albany, for appellant.

        P. David Soares, District Attorney, Albany (Christopher D. Horn of counsel), for respondent.

_____

        Appeal from a judgment of the County Court of Albany County (Herrick, J.), rendered November 15, 2012, convicting defendant upon his plea of guilty of the crime of attempted burglary in the second degree (two counts).

        In satisfaction of a multicount indictment and an another charge, defendant pleaded guilty to two counts of attempted burglary in the second degree and waived his right to appeal. No particular sentence was promised as part of the plea agreement, but defendant was advised that he faced a maximum of seven years in prison and three years of postrelease supervision on each count. County Court subsequently sentenced defendant to seven years in prison and three years of postrelease supervision for each crime, which sentences were to run concurrently. Defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant upon the ground that there are no nonfrivolous issues that may be raised on appeal.  Based upon our review of the record and counsel's brief, we agree.  Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

Lahtinen, J.P., McCarthy, Egan Jr. and Rose, JJ., concur.

ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.

ENTER:

Robert D. Mayberger
Clerk of the Court